ALBERT R. SMITH, Suing in Behalf of Himself and Other Stockholders of TRIPLEX GOLD MINES, LTD., Similarly Situated, Excepting DUNCAN B. HARRISON and ETHEL G. HARRISON, Respondent, v. DUNCAN B. HARRISON and ETHEL G. HARRISON, Appellants. TRIPLEX GOLD MINES, LTD., Defendant. (Appeal No. 1.) — Order denying motion of indivdual defendants, appellants, to dismiss complaint for lack of jurisdiction, affirmed, with ten dollars costs and disbursements. We are of opinion that upon the facts disclosed by the record the retention of the case rested in the discretion of the learned court at Trial Term. The individual defendants were served with process in the State of New York, they appeared generally and answered without raising the question of jurisdiction. The attachment issued in the action was sustained, and no appeal was taken from the order denying their motion to vacate it. This question of jurisdiction was not raised until the action was called for trial six months after it was commenced. While it is true that the question of jurisdiction may be raised at any time, we think the learned justice at Trial Term was right in denying the motion. (*Gregonis* v. *P. & R. Coal & Iron Co.*, 235 N. Y. 152.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ALBERT R. SMITH, Suing in Behalf of Himself and Other Stockholders of TRIPLEX GOLD MINES, LTD., Similarly Situated, Excepting DUNCAN B. HARRISON and ETHEL G. HARRISON, Respondent, v. DUNCAN B. HARRISON and ETHEL G. HARRISON, Appellants. TRIPLEX GOLD MINES, LTD., Defendant. (Appeal No. 2.) — Order substituting corporation defendant as plaintiff modified by providing (1) that the substituted plaintiff shall within twenty days serve an amended complaint; (2) that as a condition for such substitution the plaintiff and the substituted plaintiff shall pay to the defendants taxable costs to date of such substitution; (3) that the individual defendants, appellants, shall have the right to answer or

make any motion as they may be advised with reference to said amended complaint; (4) that the substituted plaintiff within twenty days shall file in the office of the clerk of Westchester county an undertaking with corporate surety, providing for payment of costs and damages to the defendants, appellants, in the event that they recover judgment, or if the warrant of attachment issued herein be vacated; such undertaking to be in the amount required upon the issuance of the attachment herein upon application of the original plaintiff. As so modified, the order appealed from is affirmed, without costs. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.   Settle order on notice.